## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Darin Ulmer,  Civil No. 10-4164 (DWF/JJG)

          Plaintiff,

v.  **ORDER FOR DISMISSAL WITH PREJUDICE**

Outsource Receivables, Inc.,
a domestic corporation,

          Defendant.

---

Patrick L. Hayes, Esq., and William C. Michelson, Esq., Marso & Michelson, PA, counsel for Plaintiff.

---

Based upon the Notice of Voluntary Dismissal With Prejudice (Doc. No. [2]) filed by Plaintiff's counsel,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated:  November 23, 2010       s/Donovan W. Frank
                                              DONOVAN W. FRANK
                                              United States District Judge